UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Damon M. McKenney, Sr.,            Case No. 19-42592
                                                   Chapter 7
                  Debtor(s).            Hon. Maria L. Oxholm
_____/

**Order Granting Payment of Filing Fee in Installments**

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form B 3A), the court orders that the debtor(s) pay:

**$335.00 on or before 6/24/2019**

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

**Signed on February 27, 2019**



/s/ Maria L. Oxholm
Maria L. Oxholm
United States Bankruptcy Judge