UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Damon M. McKenney, Sr.,

        Debtor.
_____/

Case No. 19-42592
Chapter 7
Hon. Maria L. Oxholm

**ORDER REGARDING MOTION TO LIFT STAY**

IT IS HEREBY ORDERED THAT the Motion for Relief from Automatic Stay filed by Lotus Solutions, LLC – Series 12719 S Justine ("Movant") is adjourned to June 7, 2019 at 10:00 a.m. in Room 1975, 211 West Fort Street, Detroit, MI.

IT IS FURTHER ORDERED THAT Debtor shall pay Movant $240.00 on 5/10/2019; $240.00 on 5/24/2019; and $240.00 on 6/7/2019.

**Signed on May 09, 2019**



/s/ Maria L. Oxholm
Maria L. Oxholm
United States Bankruptcy Judge